UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTCT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MUSICO,

     Plaintiff,                        Case No. 19-12637
                                           Honorable Victoria A. Roberts

v.

ORGAN PROCUREMENT AGENCY
OF MICHIGAN d/b/a Gift of Life Michigan,
a domestic nonprofit corporation,

     Defendant.

_____/

## **JUDGMENT**

     Consistent with the Court's Order Granting Defendant's Motion for Summary Judgment, judgment enters in favor of Defendant and against Plaintiff.

     Dated at Detroit, Michigan on October 13, 2020.

                                  David J. Weaver
                                  Clerk of the Court


                                  By: s/ Linda Vertriest__
                                      Deputy Clerk

Approved:


s/ Victoria A. Roberts_____
Victoria A. Roberts
United States District Judge