UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER MUSICO,

               Plaintiff,

v.

ORGAN PROCUREMENT AGENCY
OF MICHIGAN d/b/a Gift of Life Michigan,
a domestic nonprofit corporation,

           Defendant.

Case No. 19-cv-12637
Hon.  Victoria A. Roberts
Magistrate Judge R. Stephen Whalen

_____ /

| ERIC STEMPIEN (P58703) | MEGAN P. NORRIS (P39318) |
|---|---|
| STEMPIEN LAW, PLLC | NHAN T. HO (P82793) |
| Attorneys for Plaintiff | MILLER, CANFIELD |
| 38701 Seven Mile Rd., Suite 130 | Attorneys for Defendant |
| Livonia, MI 48152 | 150 W. Jefferson, Suite 2500 |
| (734)744-7002 | Detroit, MI  48226 |
| eric@stempien.com | (313) 963-6420 |
| | norris@millercanfield.com |
| | ho@millercanfield.com |

_____ /

## <u>NOTICE OF APPEAL BY PLAINTIFF CHRISTOPHER MUSICO</u>

Plaintiff Christopher Musico, by and through his attorneys, Stempien Law,

PLLC, hereby appeals to the United States Court of Appeals for the Sixth Circuit the

following orders from the United States District Court for the Eastern District of

Michigan: (1) the October 13, 2020 Order Granting Defendant's Motion for

Summary Judgment (Docket No. 23) and (2) the October 13, 2020 Judgment (Docket No. 24).

STEMPIEN LAW, PLLC


*/s/ Eric Stempien*
By: Eric Stempien (P58703)
Attorney for Plaintiff/Appellant

Dated: November 12, 2020