# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 06, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 20-2127, *Christopher Musico v. Organ Procurement Agency of MI*
Originating Case No. 2:19-cv-12637

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Gretchen S. Abruzzo, Case Manager for
Maria Welker, Case Manager
Direct Dial No. 513-564-7025

cc: Mr. Brian M. Schwartz
    Mr. Eric Stempien

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-2127

_____

Filed: August 06, 2021

CHRISTOPHER MUSICO

    Plaintiff - Appellant

v.

ORGAN PROCUREMENT AGENCY OF MICHIGAN, dba Gift of Life Michigan

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 07/15/2021 the mandate for this case hereby issues today.

COSTS: None